UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 02-10145 |
| | ) | |
| DAVID LEE MCCLAIN, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY

The United States of America and the Defendant having both filed a written consent, appeared before me pursuant to Rule 11, FED. R. CRIM. P. and CDIL Rule 72.1(A)(24). The Defendant entered a plea of guilty to Counts 1, 2, and 3 of the Indictment in Case No. 09-20090. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowing and voluntary as to the Indictment, and that the offenses charged are supported by an independent factual basis containing each of the essential elements of such offenses. Violation of law as charged in the Indictment in Case No. 09-20090 is the basis for the request to revoke supervised release in this case. Defendant admitted the allegations of the petition. Accordingly, I recommend those admissions be accepted and that the Defendant's supervised release be revoked and he have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within 14 days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

ENTER this 9th day of December, 2011.

                s/ DAVID G. BERNTHAL
                U.S. MAGISTRATE JUDGE